PROB 12C
(6/16)

Report Date: August 23, 2021

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 24, 2021

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Daniel Herrera Gonzales        Case Number: 0980 2:16CR00195-WFN-1

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: September 5, 2017

| | |
|---|---|
| Original Offense: | Failure to Register as a Sex Offender, 18 U.S.C. § 2250(a), (a)(3) |
| Original Sentence: | Prison - 60 months / TSR - 60 months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Scott Travis Jones |
| | Date Supervision Commenced: July 19, 2021 |
| Defense Attorney: | Colin G. Prince |
| | Date Supervision Expires: July 18, 2026 |

### PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1    **Special Condition #2**: You must reside in a residential reentry center (RRC) for a period up to 180 days at the direction of the supervising officer. Your participation in the programs offered by the RRC is limited to employment, education, treatment, and religious services at the direction of the supervising officer. The defendant shall abide by the rules and requirements of the facility.

**Supporting Evidence**: The offender is alleged to have violated special condition number 2 by failing to abide by the rules and requirements of the RRC on or about August 16, 19, 20, 21, and 23, 2021.

On July 19, 2021, Mr. Gonzales' conditions of supervision were reviewed and he signed said conditions acknowledging an understanding of his requirements. Specifically, he was made aware by his supervising officer that he must abide by the rules and requirements of the RRC.

On August 18 and 20, 2021, Mr. Gonzales violated the RRC rules by deviating from his approved scheduled. Additionally, on August 20 and 21, 2021, he violated the RRC rules by sharing his food with other RRC residents.

On August 23, 2021, Mr. Gonzales violated the RRC rules by utilizing the staff hallway and being in possession of a vape pen. On this same date, the undersigned received email

Prob12C
Re: Gonzales, Daniel Herrera
August 23, 2021
Page 2

correspondence from the RRC indicating Mr. Gonzales' public law placement at the RRC was being terminated due to a blatant disregard of the RRC rules.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    August 23, 2021

s/Lori Cross

Lori Cross
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

8/24/2021
Date