PROB 12C
(6/16)

Report Date: December 28, 2021

# United States District Court

### for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 29, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Daniel Herrera Gonzales          Case Number: 0980 2:16CR00195-WFN-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: September 5, 2017

| | | |
|---|---|---|
| Original Offense: | Failure to Register as a Sex Offender, 18 U.S.C. § 2250(a), (a)(3) | |
| Original Sentence: | Prison - 60 Months<br>TSR - 60 Months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(November 2, 2021) | Prison - 4 Months<br>TSR - 56 Months | |
| Asst. U.S. Attorney: | Ann Wick | Date Supervision Commenced: December 22, 2021 |
| Defense Attorney: | Richard D. Wall | Date Supervision Expires: August 21, 2026 |

### PETITIONING THE COURT

**To issue a WARRANT**.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number       Nature of Noncompliance

       1              **Special Condition #7**: You must live at an approved residence, and must not change your living situation without advance approval of the supervising officer.

               **Supporting Evidence**: Mr. Gonzales is alleged to have violated special condition number 7 by failing to advise the undersigned officer or the U.S. Probation Office of a change in residence as previously occurring on or about December 25, 2021.

               As the Court may recall, Mr. Gonzales' original term of supervised release was revoked by the Court on November 2, 2021, following the client's repeated and documented rule violation conduct occurring while he was assigned to the Spokane Residential Reentry Center (RRC), for which he was ultimately terminated from the program. As a part of the client's revocation, new special conditions were imposed, which included among others, the requirement that he not change his living situation without the advanced approval of the supervising officer. As a part of the  hearing, Mr. Gonzales was made aware of the imposed special condition.

Prob12C
**Re: Gonzales, Daniel Herrera**
**December 28, 2021**
**Page 2**

On December 22, 2021, Mr. Gonzales released from the Spokane County Jail and reported to both his assigned Washington State Department of Corrections (DOC) community corrections officer, as well as to the U.S. Probation Office in Spokane, as required. Mr. Gonzales released to arrange clean and sober housing at the Lincoln House in Spokane, where the client's housing had been paid in full for him for up to 3 months by DOC.

On December 25, 2021, at 6:18 a.m., the undersigned officer received notification from the assigned Lincoln House housing manager who advised the client had been terminated from the program for both breaking curfew and being intoxicated. Mr. Gonzales then failed to contact the undersigned officer as directed to advise as to his emergent change in residency.

On Monday, December 27, 2021, the undersigned contacted the client's assigned DOC officer who advised that the client had failed to report to their office as previously directed on the day in question and he was unsure of the client's location in the community.

On December 28, 2021, the Spokane County Sheriff's Office was contacted, who advised that the client had not updated his registration requirements with the agency and they were also unaware of the client's current location within the community.

On December 28, 2021, the client's sister contacted the undersigned officer and advised that she had spoken with the client and provided an updated telephone number for the client in Spokane. The undersigned officer subsequently left a voice mail for the client on the number provided, and approximately 5 minutes later the client returned this officer's call. The client admitted to breaking curfew, although indicated it was an accident, and he denied having ingested alcohol. Mr. Gonzales noted that after termination from the Lincoln House, he tried to stay at a residence belonging to an "old friend" but he was not able to talk to his friend before he arrived at the residence, so he "talked his way in" with others who were residing there. Mr. Gonzales noted that he was then thrown out of the residence on the same day after they learned of his criminal history, indicating they had a daughter in the residence. The client noted he never saw or spoke with the daughter.

Mr. Gonzales noted that he was then assaulted after leaving the residence, but ultimately was able to make it to a warming shelter in Spokane. Mr. Gonzales noted that he did not update the undersigned officer due to not believing that he had to do so and due to wanting to secure his own plan for residency first, before advising this officer. Mr. Gonzales noted that he is currently unable to report to the U.S. Probation Office due to having an injury following his recent assault.

The U.S. Probation Office respectfully recommends the Court **issue a WARRANT** requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   December 28, 2021

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

Prob12C
**Re: Gonzales, Daniel Herrera**
**December 28, 2021**
**Page 3**

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

12/29/2021

Date